IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYREE MILES, | : | |
|---|---|---|
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-2047 |
| COMMONWEALTH, et al., | : | |
| Respondents. | | |

# ORDER

**AND NOW**, this 24th day of November, 2010, upon careful and independent consideration of the petition for a Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa *(Doc. No. 8)*, to which no objections have been filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Petition for a Writ of Habeas Corpus is **DENIED without prejudice** for failure to exhaust state court remedies.

3. Petitioner's request for a stay of state court proceedings is **DENIED.**

4. There is no basis to issue a certificate of appealability.

5. The Clerk of Court shall mark this case closed for statistical purposes.

**IT IS SO ORDERED.**

/s/ Paul S. Diamond

_____

**Paul S. Diamond, J.**